# Court of Appeals
# of the State of Georgia

ATLANTA, __May 16, 2022__

*The Court of Appeals hereby passes the following order:*

**A22E0050.  IN THE INTEREST OF J. N., a child.**

Upon consideration, applicant's emergency motion for an extension of time in which to file a discretionary application is GRANTED. Applicant shall have until July 14, 2022 to file the application.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__05/16/2022__*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*